UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOUSSA OUEDRAOGO, and KENNETH CHOW, individually and on behalf of others similarly situated,<br>Plaintiff,<br>-against-<br><br>A-1 INTERNATIONAL, INC. f/k/a A-1 International Courier Service, Inc., SUBCONTRACTING CONCEPTS, LLC d/b/a SCI, RONALD DESENA, an individual, JOHN V. RUTIGLIANO, an individual, JAVIER REYES, an individual, ROBERT LEFEBVRE, an individual, and ROBERT SLACK, an individual,<br>Defendants. | Civil Action No.: 1:12-CV-5651<br><br>**NOTICE OF MOTION TO DISMISS AND COMPEL ARBITRATION AS TO PLAINTIFF KENNETH CHOW** |

COME NOW the Defendants, Subcontracting Concepts, LLC d/b/a SCI and Robert Slack, by and through counsel, and, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Rule 12(c) of the Federal Rules of Civil Procedure, the Affidavit of Robert Slack and the Memorandum of Law submitted herewith, Defendant SCI will move this Court before the Honorable Alison J. Nathan, at the United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York 10007, for judgment on the pleadings compelling arbitration; and for such other remedies as the Court deems just and proper.

Dated: New York, New York
July 31, 2013

Yours, etc.

**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
Attorneys for Defendants
SUBCONTRACTING CONCEPTS, LLC. and
ROBERT SLACK

By: ______________________
Theodore M. Eder (TE3556)
850 Third Avenue, Suite 1100
New York, New York 10022
(212) 651-7500